

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:       In the Interest of A.A.M. and J.M., children

Appellate case number:    01-14-00798-CV

Trial court case number:   2011-00219J

Trial court:                314th District Court of Harris County

       It is ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature:  _/s/ Jane Bland_
                        Acting for the Court

Panel consists of: Justices Keyes, Bland, and Massengale.


Date:  _April 14, 2015_